IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Martin, Cecil D

Printed: 7/1/08

Case Number: 05 B 19259
Judge: Goldgar, A. Benjamin
Filed: 5/13/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: June 26, 2008
Confirmed: July 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 39,816.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 35,501.44 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 2,114.56 |
| Other Funds: |  | 0.00 |
| Totals: | 39,816.00 | 39,816.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,200.00 | 2,200.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | American Express Centurion | Unsecured | 2,548.12 | 3,022.57 |
| 4. | American Express Travel Relate | Unsecured | 90.01 | 106.77 |
| 5. | Specialized Management Consultants | Unsecured | 95.90 | 113.77 |
| 6. | Resurgent Capital Services | Unsecured | 2,668.43 | 3,165.28 |
| 7. | ECast Settlement Corp | Unsecured | 7,292.21 | 8,650.16 |
| 8. | American Express Centurion | Unsecured | 6,926.58 | 8,216.35 |
| 9. | ECast Settlement Corp | Unsecured | 413.21 | 490.22 |
| 10. | Resurgent Capital Services | Unsecured | 3,694.79 | 4,382.76 |
| 11. | Resurgent Capital Services | Unsecured | 6,199.21 | 7,353.56 |
| 12. | National City Bank | Secured |  | No Claim Filed |
| 13. | First National Bank | Unsecured |  | No Claim Filed |
| 14. | National City Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 32,128.46 | $ 37,701.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 55.39 |
| 5.5% | 563.74 |
| 5% | 142.58 |
| 4.8% | 273.31 |
| 5.4% | 818.86 |
| 6.5% | 260.68 |

Case 05-19259    Doc 29    Filed 07/02/08    Entered 07/02/08 09:09:20    Desc    Page 2 of 2

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Martin, Cecil D

Printed:  7/1/08

Case Number:  05 B 19259
Judge:  Goldgar, A. Benjamin
Filed:  5/13/05

_____
$ 2,114.56

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____